IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SAILI PRADO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 17-CV-00506-BP |
| | ) | |
| v. | ) | |
| | ) | |
| JACKSON COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

All parties, Plaintiffs Saili Prado and Jeremy Bass, and Defendant Jackson County, Missouri, by and through their respective counsel, Inc., jointly stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this action be hereby dismissed without prejudice.

Dated: April 29, 2019            Respectfully submitted,


/s/ David R. Smith
David R. Smith                    MO #39088
Smith Lawrence
One Park Place
700 West 31st Street, Suite 408
Kansas City, Mo 64108
Tel (816) 753-9393; Fax (816) 778-0957
david@smithlawrence.com


/s/ Michael T. Yonke
Michael T. Yonke                  MO #42821
Yonke Law, LLC
The Harzfeld Building
1111 Main Street, Suite 700
Kansas City, MO 64105
Tel (816) 221-6400
myonke@yonke-law.com

**Attorneys for Plaintffs Saili Prado
and Jeremy Bass**

/s/ Eric D. Barton
Eric D. Barton            MO #53619
Sarah B. Ruane           MO # 59083
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Mo   64112
Tel (816) 701-1100; Fax (816) 531-2372
ebarton@wcllp.com
sruane@wcllp.com

**Attorneys for Defendant Jackson County, Missouri**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2019, I electronically filed the foregoing document on the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

/s/ Eric D. Barton
Attorney