| | |
|---|---|
| SAILI PRADO, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 17-CV-00506-BP |
| | ) |
| v. | ) |
| | ) |
| JACKSON COUNTY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 29th day of April, 2019, the parties herein having filed a Joint Stipulation for Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 5/2/2019